1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN HOPKINS, #294141
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95823
4  Telephone: 916-498-5700
   Fax: 916-498-5710
5  Megan.Hopkins@fd.org

6  Attorney for Defendant
   MIA ROBICHAUD

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )  Case No.  3:24-po-00147-DMC
                                         )
12                      Plaintiff,       )  STIPULATION AND ORDER TO
                                         )  CONTINUE BENCH TRIAL
13  v.                                   )
                                         )
14  MIA ROBICHAUD,                       )  Date:   March 13, 2025
                                         )  Time:   1:00 p.m.
15                      Defendant.       )
                                         )
16  _____ )

17        **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Charles Campbell, counsel for Plaintiff, and Assistant

19  Federal Defender Megan Hopkins, counsel for defendant, that the bench trial in this case be

20  continued to **March 13, 2025, 1:00 p.m.**

21        This continuance is requested to accommodate defense counsel scheduling issues after

22  consulting with the Court and the government.

23  / / /

24  / / /

25

26

27

28

   Stipulation to Continue Bench Trial            -1-

1

Dated: January 2, 2025

Respectfully submitted,

2

HEATHER E. WILLIAMS
Federal Public Defender

3

4

*/s/ Megan Hopkins*
MEGAN HOPKINS
Assistant Federal Defender
Attorney for MIA ROBICHAUD

5

6

Dated: January 2, 2025

PHILLIP A. TALBERT
United States Attorney

7

8

*/s/ Charles Campbell*
CHARLES CAMPBELL
Assistant US Attorney
Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Bench Trial                              -2-

1

**O R D E R**

2

3        **IT IS HEREBY ORDERED** that the Bench Trial is continued to **March 13, 2025, at**

4   **1:00 p.m.**

5

6   Dated:  January 2, 2025

7
                                    _____
8                                    DENNIS M. COTA
                                     UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28