1  MICHELE BECKWITH
   Acting United States Attorney
2  CHARLES CAMPBELL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 3:24-PO-00147-DMC
12 |                         Plaintiff,  | STIPULATION TO CONTINUE TRIAL DATE;
   |                                     | ORDER
13 |            v.                       |
14 | MIA ROBICHAUD,                      |
15 |                         Defendant.  |

16

17                              **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby file a stipulated motion to continue the Trial scheduled in

20 this case to 9:00 am on April 28, 2025.

21     IT IS SO STIPULATED.

22

23

24

25

26

27

28

STIPULATED MOTION TO CONTINUE           1           UNITED STATES V. MIA ROBICHAUD

Dated:  February 13, 2025　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ CHARLES CAMPBELL
　　　　　　　　　　　　　　　　　　　　　CHARLES CAMPBELL
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  February 13, 2025　　　　　　　　　/s/ MEGAN HOPKINS
　　　　　　　　　　　　　　　　　　　　　MEGAN HOPKINS
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　MIA ROBICHAUD

## ORDER

Pursuant to the parties' stipulation, the bench trial in this matter is CONTINUED to April 28, 2025, at 9:00 a.m., in Sacramento, California, Courtroom 1.

IT IS SO ORDERED.

Dated:  February 18, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE