HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
MIA ROBICHAUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 3:24-po-0147-DMC-1 |
|---|---|---|
| Plaintiff, | ) | **ORDER RE WITNESS FEES** |
| vs. | ) | |
| MIA ROBICHAUD, | ) | |
| Defendant. | ) | |

Consistent with the Court's July 30, 2025, ruling, it is HEREBY ORDERED that witness Val De Mars shall be reimbursed for the actual expenses of travel on the basis of the means of transportation reasonably utilized and the distance necessarily travelled to and from his residence, going to and coming from the United States District Court in Redding, CA, by the shortest practical route. It is FURTHER ORDERED that Mr. De Mars will be reimbursed for the cost of one night's lodging and subsistence, in addition to witness fees. The United States Marshals shall provide the witness fees and costs of travel.

Dated:  September 2, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE